1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

JAMIEN WASHINGTON,

Case No.  1:18-cv-0513-DAD-JLT (PC)

12

Plaintiff,

**AMENDED ORDER SETTING
TELEPHONIC SETTLEMENT
CONFERENCE**

13

v.

14

M. SEXTON, et al.,

**DATE:  September 23, 2020
TIME:  1:30 p.m.**

15

Defendants.

16

17

The parties responded to this Court's order referring the case to the post-screening ADR

18

project that they believed a settlement conference would be beneficial in this case.  (Docs. 41-42.)

19

Accordingly, the Court **ORDERS**:

20

1.  This case is set for a telephonic settlement conference on September 23, 2020, at 1:30

p.m., before Magistrate Judge Jennifer L. Thurston.[1]

21

22

2.  Defense counsel shall arrange for Plaintiff's participation in the settlement conference.

23

Prior to the conference, counsel shall contact the Courtroom Deputy, Susan Hall, at

shall@caed.uscourts.gov to arrange for the telephone call.

24

25

3.  Each party or a representative with authority to negotiate and enter into a binding

26

settlement on defendants' behalf shall attend in person.

27

4.  Those in attendance must be prepared to discuss the claims, defenses and damages.

28

---

[1] This order amends a previously issued order that misstated the time of the settlement conference.

1

1  The failure of any counsel, party or authorized person subject to this order to appear in
2  person may result in the imposition of sanctions.  In addition, the conference will not
3  proceed and will be reset to another date.

4  5.  **No later than August 17, 2020**, Plaintiff **SHALL** submit to Defendants, by mail, a
5  written itemization of damages and a meaningful settlement demand, which includes a
6  brief explanation of why such a settlement is appropriate, not to exceed ten pages in
7  length.

8  6.  **No later than August 27, 2020**, Defendants **SHALL** respond, by telephone or in
9  person, with an acceptance of the offer or with a meaningful counteroffer, which
10  includes a brief explanation of why such a settlement is appropriate.  If settlement is
11  achieved, defense counsel is to immediately inform the Courtroom Deputy of
12  Magistrate Judge Thurston.

13  7.  If settlement is not achieved informally, Defendants are directed to submit confidential
14  settlement statements **no later than September 11, 2020** to the following email
15  address: jltorders@caed.uscourts.gov.  Plaintiff shall mail his confidential settlement
16  statement to United States District Court, Attn: Magistrate Judge Jennifer L. Thurston,
17  2500 Tulare Street, Room 1501, Fresno, CA 93721 so that it arrives **no later than**
18  **September 11, 2020**.  The envelope shall be marked "Confidential Settlement
19  Statement."  Parties shall also file a "Notice of Submission of Confidential Settlement
20  Statement."  (*See* Local Rule 270(d).)

21  Settlement statements **should not be filed** with the Clerk of the Court **nor served on any**
22  **other party**.  Settlement statements shall be clearly marked "confidential" with the date and time
23  of the settlement conference indicated prominently thereon.  The confidential settlement
24  statement shall be **no longer than five pages** in length, typed or neatly printed, and include the
25  following:

26  a.  A brief statement of the facts of the case.

27  b.  A brief statement of the claims and defenses, i.e., statutory or other grounds upon
28  which the claims are founded; a forthright evaluation of the parties' likelihood of

2

1    prevailing on the claims and defenses; and a description of the major issues in

2    dispute.

3       c.   An estimate of the cost and time to be expended for further discovery, pretrial, and

4    trial.

5       d.   The party's position on settlement, including present demands and offers and a

6    history of past settlement discussions, offers, and demands.

7       e.   A brief statement of each party's expectations and goals for the settlement

8    conference, including how much a party is willing to accept and/or willing to pay.

9       f.   If the parties intend to discuss the joint settlement of any other actions or claims not

10   in this suit, give a brief description of each action or claim as set forth above,

11   including case number(s) is applicable.

12

13   IT IS SO ORDERED.

14   Dated:   __**August 19, 2020**__                    _____**/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3