# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIEN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. SEXTON, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-0513-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO APPOINT COUNSEL**<br><br>**(Docs. 36, 46)** |

Plaintiff has requested the appointment of counsel. However, district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). Only in exceptional circumstances may the court request the voluntary assistance of counsel for appointment. <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court does not find the required exceptional circumstances to justify appointment in this case. The Court **DENIES** Plaintiff's motions to appoint counsel (Docs. 36, 46).

IT IS SO ORDERED.

　　Dated:　**September 14, 2020**　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE