UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIEN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>M. SEXTON, et al.,<br><br>Defendants. | Case No. 1:18-cv-0513-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL**<br><br>**(Doc. 61)** |

Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied. Accordingly, plaintiff's request for the appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated: __March 17, 2021__               __/s/ Jennifer L. Thurston__
                                       UNITED STATES MAGISTRATE JUDGE

1