UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIEN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>M. SEXTON, et al.,<br><br>Defendants. | Case No. 1:18-cv-0513-DAD-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND VACATE DISCOVERY SCHEDULING ORDER**<br><br>**(Docs. 57, 58, 60, 65, 68)** |

Pending before the Court are two discovery motions filed by Plaintiff and a motion for summary judgment for failure to exhaust administrative remedies filed by the Defendants. In light of their summary judgment motion, Defendants also ask the Court to vacate the Discovery and Scheduling Order and stay all discovery pending resolution of their motion. Good cause appearing, the Court ORDERS as follows:

1. Defendants' motion to stay (Doc. 65) is granted;
2. The September 29, 2020, Discovery and Scheduling Order (Doc. 54) is vacated;
3. Plaintiff's discovery motions (Docs. 57, 60) are denied without prejudice;
4. Defendants' motion for 14-day extension of time to modify the Discovery and Scheduling Order (Doc. 58) is denied as moot; and

////

////

5.  Defendants' request for extension of time to file a reply to their summary judgment motion (Doc. 68) is granted, and their reply is deemed timely filed.

IT IS SO ORDERED.

Dated:   **March 17, 2021**                   **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE