# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIEN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>M. SEXTON, et al,<br><br>Defendants. | Case No. 1:18-cv-00513 DAD JLT (PC)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>**(Doc. 73)** |

The case was scheduled for a settlement conference before Magistrate Barbara A. McAuliffe on May 24, 2021 at 9:30 a.m. However, the Court has ordered the settlement conference to be VACATED. Thus, the Court ORDERS:

1. The Writ of Habeas Corpus Ad Testificandum (Doc. 73) seeking the remote appearance of Jamien Washington (CDCR No. P-31014) is **VACATED**;
2. The Clerk of Court is directed to serve a copy of this order to the Litigation Office at California State Prison, Corcoran by fax or email.

IT IS SO ORDERED.

Dated: __**May 4, 2021**__  _____ **/s/ Jennifer L. Thurston**
                            CHIEF UNITED STATES MAGISTRATE JUDGE