UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIEN WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. SEXTON, et al.,<br><br>　　　　　Defendants. | No. 1:18-cv-00513-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 77) |

Plaintiff Jamien Washington is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2021, the assigned magistrate judge issued findings and recommendations, finding that plaintiff had failed to exhaust his administrative remedies prior to filing suit as required and recommending that defendants' motion for summary judgment (Doc. No. 64) be granted. (Doc. Nos. 77.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 11.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 5, 2021 (Doc. No. 77) are adopted in full;
2. Plaintiff's motion challenging the exhaustion of his administrative remedies (Doc. No. 62) is denied;
3. Defendants' motion for summary judgment (Doc. No. 64) is granted; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 21, 2021**

UNITED STATES DISTRICT JUDGE